

CIVILLE & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511

*Attorneys for Shell Guam, Inc.*

**FILED**
DISTRICT COURT OF GUAM
AUG 17 2005 ?
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ANTHONY J. ADA, | CASE NO. CV00-00012 |
| Plaintiff, | |
| vs. | |
| SHELL GUAM, INC., | **NOTICE OF TAKING DEPOSITION** |
| Defendant. | |
| SHELL GUAM, INC., | |
| Counterclaim Plaintiff, | |
| vs. | |
| ANTHONY J. ADA, | |
| Counterclaim Defendant. | |

**To:    Plaintiff and His Counsel, Law Offices of Richard A. Pipes**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Shell Guam, Inc., through its counsel, will take the deposition upon oral examination of the following person at the offices of Civille & Tang, PLLC, 330 Hernan Cortez Avenue, Suite 200, Hagåtña, Guam 96910, at the specified date and time:

**ORIGINAL**

| Deponent | Date | Time |
|---|---|---|
| Angela Ada Corpuz | August 19, 2005 | 3:30 p.m. |

The deposition will commence at the location specified above and shall continue thereafter from day to day, excluding Sundays and legal holidays, until completed. The deposition will be taken by a notary public or other person authorized by law to administer oaths.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, Defendant may record the deposition by videotape, in addition to recording the deposition stenographically.

You are invited to attend and cross-examine.

DATED at Hagåtña, Guam, this 15th day of August, 2005.

CIVILLE & TANG, PLLC

By: _____
G. PATRICK CIVILLE
*Attorneys for Shell Guam, Inc.*