LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

RICHARD A. PIPES, ESQ.
LAW OFFICES OF RICHARD A. PIPES
Orlean Pacific Plaza, Suite 201
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-1222
Facsimile No.: (671) 646-2203

Attorneys for Plaintiff



**FILED**
DISTRICT COURT OF GUAM
AUG 23 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ANTHONY J. ADA, ) | CIVIL CASE NO. CV00-00012 |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF MOTION AND** |
| v. ) | **MOTION FOR ORDER** |
| ) | **GRANTING LEAVE TO FILE** |
| SHELL GUAM, INC., et al., ) | **THIRD AMENDED COMPLAINT** |
| ) | |
| Defendants. ) | |

**TO: DEFENDANT, SHELL GUAM, INC., AND ITS COUNSEL OF RECORD, CIVILLE & TANG PLLC**

Notice is hereby given that on the _____ day of _____, 2005, at _____ a.m. or as soon thereafter as the matter can be heard at the District Court of Guam, 4th Floor, U. S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam 96910, Plaintiff Anthony J. Ada ("Ada") will move the Court for an Order granting leave to file the proposed Third Amended Complaint, a copy of which is attached to the memorandum of points and authorities filed

ORIGINAL

in support of this Motion. As more particularly described in such memorandum, Ada is requesting the Court to allow him to amend his complaint for the limited purpose of adding an additional cause of action for breach of contract based upon matters which, in part, have arisen since the filing of the original complaint herein. Ada is filing an Ex Parte Application for an order shortening time on the hearing of this Motion since the trial of this case is set to commence on November 7, 2005.

The motion will be based upon this Notice of Motion, the Ex Parte Application, the Memorandum of Points and Authorities concurrently filed herein and the papers, records, and files in this action, and upon such oral and documentary evidence as may be presented at the hearing of the Motion.

Dated this 23rd day of August, 2005.

>                             LAW OFFICES OF RICHARD A. PIPES
>                             Attorneys for Plaintiff
>
>                             By: _____
>                                 RICHARD A. PIPES

RAP/nsh



RECEIVED
AUG 2 3 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM