JACQUES A. BRONZE, ESQ.
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

RICHARD A. PIPES, ESQ.
LAW OFFICES OF RICHARD A. PIPES
Orlean Pacific Plaza, Suite 201
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-1222
Facsimile No.: (671) 646-2203

Attorneys for Plaintiff

FILED
DISTRICT COURT OF GUAM
AUG 23 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ANTHONY J. ADA, ) | CIVIL CASE NO. CV00-00012 |
| ) | |
| Plaintiff, ) | **APPLICATION FOR** |
| ) | ***EX PARTE* ORDER** |
| v. ) | **SHORTENING TIME FOR** |
| ) | **HEARING ON MOTION FOR** |
| SHELL GUAM, INC., et al., ) | **ORDER GRANTING LEAVE TO** |
| ) | **FILE THIRD AMENDED** |
| Defendants. ) | **COMPLAINT; CERTIFICATE OF** |
| ) | **COMPLIANCE** |
| ) | |

**TO: DEFENDANT, SHELL GUAM, INC., AND ITS COUNSEL OF RECORD, CIVILLE & TANG PLLC**

NOTICE IS HEREBY GIVEN that Plaintiff Anthony J. Ada ("Ada") hereby brings the following Ex Parte Application before the Court.

ORIGINAL

Anthony J. Ada v. Shell Guam, Inc., et al.
Civil Case No. CV00-00012
Application for Ex Parte Order Shortening Time for Hearing on Motion for Order Granting Leave to File Third Amended Complaint; Certificate of Compliance
Page 2 of 4 pages

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION.

Concurrently with this Ex Parte Application, Ada has filed a Motion For Order Granting Leave to File Third Amended Complaint ("Motion"). It is important and urgent that Ada's Motion be heard as soon as possible because trial in this matter is set to commence on November 7, 2005.

As more particularly described in the Memorandum of Points and Authorities filed in support of the Motion, the proposed Amended Complaint seeks only to add an additional cause of action for breach of contract which is based upon evidence and claims that Defendant Shell Guam, Inc. ("Shell") has been aware of for some time. The proposed amendment relates to the same matters alleged in the original complaint, namely, how Ada has been damaged throughout his contractual relationship with Shell through the operation of his stations. The damages calculations relating to these claims have been provided to Shell in expert witness reports on January 10 and July 7, 2005. Shell has taken the opportunity to depose Mr. Ada with respect to such claims and has indicated the intent to take the deposition of Mr. Ada's damages expert in the near future. Ada has also indicated a willingness to allow Shell to take additional expedited discovery on the breach of contract claim, even though none appears to be necessary.

The additional cause of action contained in the proposed Amended Complaint was prompted by Ada recently learning that it was Shell's position that Ada could not seek damages under the Second Amended Complaint because it did not contain a cause of action for breach

Anthony J. Ada v. Shell Guam, Inc., et al.
Civil Case No. CV00-00012
Application for Ex Parte Order Shortening Time for Hearing on Motion for Order Granting Leave to File Third Amended Complaint; Certificate of Compliance
Page 3 of 4 pages

of contract. While not agreeing with Shell on this point since it is Ada's position that the various damages claimed by Ada are recoverable under the Petroleum Marketing Practices Act ("PMPA"), 15 U.S.C. §§ 2801 et seq. and the other causes of action asserted in the complaint, Ada immediately requested that Shell stipulate to the limited amendment requested in the Motion to which Shell refused.

Accordingly, Ada moves the Court for an ex parte Order shortening time on the Motion so that it will be heard as soon as possible. Ada's counsel has attempted to resolve these matters without the involvement of the Court but has been unable to do so. Ada has no other choice than to request ex parte relief from the Court at this point in time.

This Ex Parte Application is supported by the pleadings previously filed in this case and by the record before this Court. Further grounds are also set forth in Ada's Motion filed concurrently herewith, the Memorandum of Points and Authorities in support of said Motion, and the documents on file herein all being incorporated herein by this reference. This Ex Parte Application is further supported by the Certificate of Richard A. Pipes concurrently filed herewith.

Dated this 23rd day of August, 2005.

LAW OFFICES OF RICHARD A. PIPES
Attorneys for Plaintiff

By: _____
RICHARD A. PIPES

Anthony J. Ada v. Shell Guam, Inc., et al.
Civil Case No. CV00-00012
Application for Ex Parte Order Shortening Time for Hearing on Motion for Order Granting Leave to File Third
Amended Complaint; Certificate of Compliance
Page 4 of 4 pages

## **CERTIFICATE OF COMPLIANCE**

I am counsel for the moving party in the above Ex Parte Application and certify that I attempted to contact Attorney Patrick Civille, counsel for Shell, at 10:50 a.m. on August 23, 2005, to advise him of the date, time, and substance of the above ex parte application. I was advised by Mr. Civille's office staff that he was not available. At about the same time I also sent to Mr. Civille via facsimile a copy of the Ex Parte Application and the proposed Order Shortening Time. It is unknown whether Mr. Civille opposes the Application or has requested to be present when the Application is presented to Court. I have requested that Mr. Civille enter into a Stipulation to allow for the proposed amendment of the complaint but Mr. Civille has been unwilling to enter into any such stipulation. This Certificate is submitted in compliance with L. R. 7.1(j).

Dated this 23rd day of August, 2005.

_____
RICHARD A. PIPES

RAP/nsh