LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96911
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

RICHARD A. PIPES, ESQ.
LAW OFFICES OF RICHARD A. PIPES
Orlean Pacific Plaza, Suite 201
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-1222
Facsimile No.: (671) 646-2203

Attorneys for Plaintiff



FILED
DISTRICT COURT OF GUAM
AUG 24 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ANTHONY J. ADA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHELL GUAM, INC., )<br>)<br>Defendant. )<br>_____) | CIVIL CASE NO. CV00-00012<br><br>[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME ON MOTION FOR ORDER GRANTING LEAVE TO FILE THIRD AMENDED COMPLAINT |

The Ex Parte Application of Plaintiff Anthony J. Ada ("Ada") for an Order shortening time for hearing on his Motion for Order Granting Leave to File Third Amended Complaint ("Motion") came before the Court, and the Court having considered the pleadings filed in relation thereto,

**IT IS HEREBY ORDERED** that:

ORIGINAL

Anthony J. Ada v. Shell Guam, Inc.,
Civil Case No. CV00-00012
[Proposed] Order Granting Ex Parte Application to Shorten Time on Motion for Order Granting Leave to File Third Amended Complaint
Page 2 of 2 pages

1. The Ex Parte Application is GRANTED. Defendant Shell Guam, Inc. Shall file and serve its opposition, if any, to the Motion on or before August 26, 2005, at 12 noon and Ada shall file and serve his reply, if any, on or before Aug. 29, 2005 at 8:00am. A hearing on the Motion is set for August 29, 2005, at 2:00 p.m.

**SO ORDERED** this 24th day of August, 2005.

_____
Judge, District Court of Guam

Presented By:

LAW OFFICES OF RICHARD A. PIPES
Attorneys for Plaintiff

By: _____
RICHARD A. PIPES

Date: 23 AUG 05

RECEIVED
AUG 23 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM