**CIVILLE & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511

*Attorneys for Shell Guam, Inc.*

**FILED**
DISTRICT COURT OF GUAM

AUG 2 4 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ANTHONY J. ADA,  )  <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SHELL GUAM, INC., ) <br> ) <br> Defendant. ) <br>_____) <br> ) <br> SHELL GUAM, INC., ) <br> ) <br> Counterclaim ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANTHONY J. ADA, ) <br> Counterclaim ) <br> Defendant. ) <br>_____) | CASE NO. CV00-00012 <br><br><br> **STIPULATION TO EXTEND** <br> **MOTION CUTOFF DATE** |

The parties hereby stipulate that the cutoff date to file dispositive and discovery motions be extended to September 1, 2005. The basis for this stipulation is that depositions relevant to pre-trial motions both parties are considering filing have just been completed and the transcripts of those


depositions are needed as supporting documents for the motions. The parties agree that the pre-trial motions may significantly reduce or clarify the issues to be presented at trial.

SO STIPULATED.

**LAW OFFICES OF RICHARD A. PIPES**

Date: August 24th, 2005          By: _____
                                 **RICHARD A. PIPES**
                                 *Attorney for Plaintiff Anthony J. Ada*

**CIVILLE & TANG, PLLC**

Date: August 24, 2005            By: _____
                                 **G. PATRICK CIVILLE**
                                 *Attorneys for Defendant Shell Guam, Inc.*