JACQUES A. BRONZE, ESQ.
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

RICHARD A. PIPES, ESQ.
LAW OFFICES OF RICHARD A. PIPES
Orlean Pacific Plaza, Suite 201
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-1222
Facsimile No.: (671) 646-2203

Attorneys for Plaintiff

**FILED**
DISTRICT COURT OF GUAM
AUG 2 4 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ANTHONY J. ADA, | CIVIL CASE NO. CV00-00012 |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| SHELL GUAM, INC., et al., | |
| Defendants. | |

I, RICHARD A. PIPES, hereby certify that on the 23rd day of August, 2005, I caused copies of the following documents to be served on Civille & Tang, PLLC, Suite 200, 330 Hernan Cortez Avenue, Hagåtña, Guam 96910, counsel for Defendant Shell Guam, Inc. in the above-captioned matter:

1. Memorandum of Points and Authorities in Support of Motion for Order Granting

ORIGINAL

Anthony J. Ada v. Shell Guam, Inc., et al.
Civil Case No. CV00-00012
Certificate of Service
Page 2 of 2 pages

Leave to File Third Amended Complaint;

2. Notice of Motion and Motion to for Order Granting Leave to File Third Amended Complaint;

3. Application for Ex Parte Order Shortening Time for Hearing on Motion for Order Granting Leave to File Third Amended Complaint, Certificate of Compliance;

4. Proposed Order Granting Ex Parte Application for Order Shortening Time on Motion for Order Granting Leave to File Third Amended Complaint; and

5. Proposed Order Granting Leave to File Third Amended Complaint.

Dated this 24th day of August, 2005.

LAW OFFICES OF RICHARD A. PIPES
Attorneys for Plaintiff Anthony J. Ada

By: _____
Richard A. Pipes

RAP/nsh