CIVILLE & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511

*Attorneys for Shell Guam, Inc.*



**FILED**
DISTRICT COURT OF GUAM

AUG 2 5 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ANTHONY J. ADA,<br><br>    Plaintiff,<br><br>vs.<br><br>SHELL GUAM, INC.,<br><br>    Defendant.<br>_____<br>SHELL GUAM, INC.,<br><br>    Counterclaim Plaintiff,<br><br>vs.<br><br>ANTHONY J. ADA,<br><br>    Counterclaim Defendant. | CASE NO. CV00-00012<br><br>**ORDER EXTENDING MOTION CUTOFF DATE** |

This matter having come before the Court by stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that the cutoff date for dispositive and discovery motions is hereby extended to September 1, 2005.

SO ORDERED this 25th day of August, 2005.

_____
**HONORABLE JOAQUIN V.E. MANIBUSAN, JR.**
**Magistrate Judge**

RECEIVED
AUG 24 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL