CIVILLE & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511

*Attorneys for Shell Guam, Inc.*



FILED
DISTRICT COURT OF GUAM
AUG 2 5 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ANTHONY J. ADA, | CASE NO. CV00-00012 |
| Plaintiff, | |
| vs. | |
| SHELL GUAM, INC., | **STIPULATION TO EXTEND MOTION CUTOFF DATE** |
| Defendant. | |
| SHELL GUAM, INC., | |
| Counterclaim Plaintiff, | |
| vs. | |
| ANTHONY J. ADA, | |
| Counterclaim Defendant. | |

The parties hereby stipulate that the cutoff date to file dispositive and discovery motions be extended to September 1, 2005. The basis for this stipulation is that depositions relevant to pre-trial motions both parties are considering filing have just been completed and the transcripts of those

ORIGINAL

depositions are needed as supporting documents for the motions. The parties represent that the pre-trial motions are likely to significantly reduce or clarify the issues to be presented at trial.

This stipulation is being submitted after the motion cut off date because, for the past thirty (30) days, the parties have been involved in intense settlement discussions, including a settlement conference with the Magistrate Judge, and they have tried to avoid any inflammatory actions which might have jeopardized those discussions, or suggested in any way to the other side a lack of good faith in the settlement process. While the parties are continuing their settlement efforts, it does not now appear that the matter will settle and the parties wish to present dispositive motions to the Court.

SO STIPULATED.

**LAW OFFICES OF RICHARD A. PIPES**

Date: August 25th, 2005      By: _____
                                 RICHARD A. PIPES
                                 *Attorney for Plaintiff Anthony J. Ada*

**CIVILLE & TANG, PLLC**

Date: August 25, 2005        By: _____
                                 G. PATRICK CIVILLE
                                 *Attorneys for Defendant Shell Guam, Inc.*