DISTRICT COURT OF GUAM
TERRITORY OF GUAM

CIVIL MINUTES - GENERAL


FILED
DISTRICT COURT OF GUAM
AUG 29 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CV-00-00012          DATE: 08/29/2005

CAPTION:   ANTHONY J. ADA   -vs-   SHELL GUAM, INC.

***

HON. JOAQUIN V.E. MANIBUSAN, JR. Magistrate Judge          Law Clerk: J. HATTORI
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: (Run Time: 2:03:27 - 3:51:00)     CSO: L. Ogo / F. Tenorio

*** APPEARANCES ***

COUNSEL FOR PLAINTIFF(s):                         COUNSEL FOR DEFENDANT(s):

RICHARD PIPES                                     G. PATRICK CIVILLE

ANTHONY J. ADA - Plaintiff                        PHIL STALKER - Incoming President for Shell, Guam

***

PROCEEDINGS:
  - MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

( X ) MOTION (S) ARGUED BY     ( X ) PLAINTIFF     ( X ) DEFENDANT

( X ) MOTION(s)  ___Granted  _X_ Denied  ___Settled  ___Withdrawn  ___ Under Advisement

(  ) ORDER SUBMITTED  ___Approved  ___Disapproved

(  ) ORDER to be Prepared By: _____

(  ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES:

**The Court DENIED the Motion for the reasons as set forth on the record. No other written order will be forthcoming.**

COURTROOM DEPUTY: _____
L:\Docs\COURTROOM MINUTES\CIVIL MINUTES\CV-00-00012.wpd

END TIME: 3:51 p.m.