**FILED**
DISTRICT COURT OF GUAM
AUG 29 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| ANTHONY J. ADA,<br><br>Plaintiff,<br><br>vs.<br><br>SHELL GUAM, INC.,<br><br>Defendant. | Civil Case No. 00-00012 |
| SHELL GUAM, INC.,<br><br>Counterclaim Plaintiff,<br><br>vs.<br><br>ANTHONY J. ADA,<br><br>Counterclaim Defendant. | **ORDER** |

Following expedited briefing, the Plaintiff's Motion for Order Granting Leave to File Third Amended Complaint (Docket No. 128) came before the Court for hearing on August 29, 2005. Present at the hearing were Richard Pipes for the Plaintiff and G. Patrick Civille for the Defendant. At the conclusion of the hearing, the Court denied the Plaintiff's motion and set forth the bases for its ruling on the record. This Order serves as the Court's final determination on the matter before it.

SO ORDERED this 29th day of August 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge