GUD NT ENT (8/05)

# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**
**671-473-9100**

| | |
|---|---|
| Anthony J. Ada, | |
|     Plaintiff, | Case No. 1:00-cv-00012 |
| vs. | |
| Shell Guam, Inc., | |
|     Defendant. | |
| Shell Guam, Inc., | |
|     Counterclaim Plaintiff, | |
| vs. | |
| Anthony J. Ada, | **NOTICE OF ENTRY** |
|     Counterclaim Defendant. | |

    **NOTICE IS HERBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

*Order filed August 29, 2005*

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: www.gud.uscourts.gov

**Date:** August 30, 2005                      Clerk of Court
                                                                                             **/s/ Mary L.M. Moran**