# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Anthony J. Ada,<br>   Plaintiff,<br> Vs.<br><br>Shell Guam, Inc.,<br>   Defendant.<br><br><br>Shell Guam, Inc.,<br>   Counterclaim Plaintiff,<br> Vs.<br><br>Anthony J. Ada,<br>   Counterclaim Defendant. | Case No. 1:00-cv-00012<br><br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order filed on August 29, 2005 and the Notice of Entry filed on August 30, 2005* on the dates indicated below:

*Law Offices of Richard Pipes*  *Civille and Tang*
*9/1/2005*  *8/31/2005*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Order filed on August 29, 2005 and the Notice of Entry filed on August 30, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 1, 2005      /s/ Shirlene A. Ishizu
                   Deputy Clerk