LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

RICHARD A. PIPES, ESQ.
LAW OFFICES OF RICHARD A. PIPES
Orlean Pacific Plaza, Suite 201
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-1222
Facsimile No.: (671) 646-2203

Attorneys for Plaintiff



FILED
DISTRICT COURT OF GUAM
SEP - 1 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ANTHONY J. ADA,<br><br>        Plaintiff,<br><br>v.<br><br>SHELL GUAM, INC., et al.,<br><br>        Defendants. | CIVIL CASE NO. CV00-00012<br><br>**MOTION FOR SUMMARY JUDGMENT** |

**TO: DEFENDANT, SHELL GUAM, INC., AND ITS COUNSEL OF RECORD, CIVILLE & TANG PLLC**

Notice is hereby given that on the date and time by the Court, or as soon thereafter as the matter can be heard, at the District Court of Guam, 4th Floor, U. S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam 96910, Plaintiff Anthony J. Ada ("Ada") will move the Court for an Order granting him summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, on Count I of his Second Amended Complaint for a determination that Ada is a


ORIGINAL

Anthony J. Ada v. Shell Guam, Inc., et al.
Civil Case No. CV00-00012
Motion for Summary Judgment
Page 2 of 2 pages

franchise dealer under the Petroleum Marketing Practices Act ("PMPA"), 15 U.S.C. §§ 2801, et seq., on Count VIII for a determination that Shell is estopped from denying that Ada is a franchise dealer under the PMPA, on several affirmative defenses of Ada and Shell., and on portions of Shell's Counterclaim, as more fully described in the Memorandum concurrently filed herein.

The motion will be based upon this Motion, the Memorandum of Points and Authorities concurrently filed herein, and the papers, records, and files in this action, and upon such oral and documentary evidence as may be presented at the hearing of the Motion.

Dated this 1st day of September, 2005.

          LAW OFFICES OF RICHARD A. PIPES
          Attorneys for Plaintiff

By: _____
      RICHARD A. PIPES

RAP/nsh