CIVILLE & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511

*Attorneys for Shell Guam, Inc.*



FILED
DISTRICT COURT OF GUAM
SEP - 1 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ANTHONY J. ADA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SHELL GUAM, INC.,<br><br>　　　　Defendant.<br>──────────────────<br>SHELL GUAM, INC.,<br><br>　　　　Counterclaim<br>　　　　Plaintiff,<br><br>vs.<br><br>ANTHONY J. ADA,<br>　　　　Counterclaim<br>　　　　Defendant. | CASE NO. CV00-00012<br><br><br><br><br><br>**SHELL'S MOTION FOR<br>SUMMARY JUDGMENT** |

Shell Guam, Inc., through counsel, hereby moves this Court for an order granting summary judgment in favor of Shell against the plaintiff on all counts set forth in the Second Amended Complaint, to wit: Count 1 - Unlawful Termination of Petroleum Franchise under PMPA, Count 2 - Injunction against Termination of Franchise, Count 3 - Fraudulent

-1-

Inducement, Count 4 - Intentional Misrepresentation, Count 5 - Negligent Misrepresentation, Count 6 - Breach of Duty or Good Faith and Fair Dealing, Count 7 - Deceptive Trade Practice Violation, and Count 8 - Estoppel. The basis for this motion is that, contrary to the allegations in the second Amended Complaint, there are no genuine facts in issue to support plaintiff's claims and Shell is entitled to summary judgment as a matter of law as to each count.

This motion is made pursuant to FRCP 56, and is supported by the Memorandum of Points and Authorities filed herewith, the Declaration of Phillip Stalker filed herewith, the Declaration of G. Patrick Civille filed herewith, all matters of record herein and such other evidence as may be adduced at a hearing hereon.

Respectfully submitted this 1st day of September, 2005.

CIVILLE & TANG, PLLC

By G. PATRICK CIVILLE
*Attorneys for Shell Guam, Inc.*