DISTRICT COURT OF GUAM

TERRITORY OF GUAM

ANTHONY J. ADA,

    Plaintiff,

vs.

SHELL GUAM, INC.,

    Defendant.

Civil Case No. 00-00012

ORDER

The Defendant, Shell Guam, Inc. filed a Motion under seal on August 19, 2005 and a Motion for Summary Judgment on September 1, 2005. The Plaintiff, Anthony J. Ada, likewise filed a Motion for Summary Judgment on September 1, 2005. The Court hereby sets all three motions for a hearing on October 3, 2005 at 9:30 a.m. before the Honorable Lloyd D. George.[*]

SO ORDERED this 6 day of September, 2005.

S. JAMES OTERO[**]
District Court of Guam

---

[*]The Honorable Lloyd D. George, United States Senior District Judge for District of Nevada, by designation.

[**]The Honorable S. James Otero, United States District Judge for Central District of California, by designation.