# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Anthony J. Ada,<br><br>   Plaintiff,<br><br>  vs.<br><br>Shell Guam, Inc.,<br><br>   Defendant. | Case No. 1:00-cv-00012<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Setting Hearing on Motions filed September 9, 2005* on the dates indicated below:

*Law Office of Richard A. Pipes*  *Civille and Tang*
9/9/2005         9/12/2005

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Order Setting Hearing on Motions filed September 9, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 12, 2005       /s/ Shirlene A. Ishizu
                   Deputy Clerk