**CIVILLE & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511

*Attorneys for Shell Guam, Inc.*

FILED
DISTRICT COURT OF GUAM
SEP 15 2005
MARY L.M. MORAN
CLERK OF COURT

**IN THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| ANTHONY J. ADA,<br>Plaintiff,<br>vs.<br>SHELL GUAM, INC.,<br>Defendant. | CASE NO. CV00-00012 |
| SHELL GUAM, INC.,<br>Counterclaim Plaintiff,<br>vs.<br>ANTHONY J. ADA,<br>Counterclaim Defendant. | **DECLARATION OF G. PATRICK CIVILLE IN SUPPORT OF SHELL GUAM, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

I, **G. PATRICK CIVILLE**, state as follows:

1. I am one of the attorneys representing Shell Guam, Inc. ("Shell") in this lawsuit. This declaration is based upon matters within my own knowledge, and if called upon to testify, I will testify as set forth herein.

ORIGINAL

2. Attached hereto is a true and correct copy of Pages 33 and 34 of the Deposition Transcript of Anthony Ada taken on July 7, 2005 in support of the Opposition to Plaintiff's Motion for Summary Judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of September, 2005.

By: ______________________
**G. PATRICK CIVILLE**

IN THE UNITED STATES DISTRICT COURT

DISTRICT COURT OF GUAM

ANTHONY J. ADA, Plaintiff,

vs.

SHELL GUAM, INC., et al., Defendant.

CIVIL CASE NO. CV00-00012

COPY

DEPOSITION OF ANTHONY ADA

Taken on Behalf of the Defendant

BE IT REMEMBERED That, pursuant to the Guam Rules of Civil Procedure, the deposition of ANTHONY ADA was taken before Veronica A. Flores, Certified Shorthand Reporter, on Thursday, the 7th day of July 2005, at 9:50 a.m. in the offices of Civille & Tang, 330 Hernan Cortez Avenue, Suite 200, Hagatna, Guam.

Veronica A. Flores, CSR-RPR
Certified Shorthand Reporter
Tel: (671) 734.1041 * Fax: (671) 734.1045
E-mail: floresveroni@hotmail.com

something that you would be primarily running?

A. No.

Q. What was your understanding?

A. I got me a gas station.

Q. Okay. When you say you got you a gas station, you know it was -- you weren't renting the -- Were you renting the station from Shell? What was going to be the arrangement?

A. Time line, I'm not sure when that came up. I did look at rent and I believe that's when they said that they would be taking a chunk from my gross sales in the store, and so I translated that to be rent in a variable way, not a flat month-to-month rent, but the store does good, I pay more rent; store doesn't do good, I don't pay more rent.

Q. I'm assuming you knew it was going to be a Shell station and you had to operate it as a Shell station; is that correct?

A. Yes, sir.

Q. With respect to the fuel, did Randy Sager explain to you that the fuel would be supplied by Shell?

A. I believe so; yes.

Q. Did he explain to you that you would not have to pay for the fuel when it was delivered?

A. I think I learned that from Romeo just by observation, the fuel gets delivered.

Q. And that as you looked at the business model, or talked with Randy during that meeting, was it your understanding then that when -- well, let me ask you. You understood that Shell controlled the price that would be charged at the pump for its fuel?

A. At this point, I didn't know who controlled the price. I didn't know who controlled the price.

Q. Did you understand that you would be responsible for remitting to Shell whatever the fuel sold for?

A. I understood that.

Q. And did the business plan Randy showed you indicate that you would be paid a certain fixed amount -- or not fixed, a certain cents-per-gallon commission for each gallon you sold?

A. Cents per gallon, yes.

Q. Do you recall Randy describing to you that you would be an agent for Shell?

A. I believe he said agent.

Q. Did you know anything about the difference between agents and dealers at that time?

A. No, sir.

Q. Do you recall anything else about that meeting with Randy where he went over the business plan with you?

A. I don't recall. We talked about family, that kind of thing. Small talk.

REPORTER'S CERTIFICATE

DISTRICT COURT OF GUAM )

I, Veronica A. Flores, Certified Shorthand Reporter, hereby certify that Anthony Ada personally appeared before me at the time and place set forth in the caption hereof; that at said time and place I reported in stenotype all testimony adduced and other oral proceedings had in the foregoing matter; that thereafter my notes were reduced to typewriting under my direction; and the foregoing transcript, pages 1 to 155, both inclusive, constitutes a full, true, and correct record of such testimony adduced and oral proceedings had and of the whole thereof.

Witness my hand at Barrigada, Guam, this 2nd day of August 2005.

Veronica A. Flores, CSR-RPR