LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

RICHARD A. PIPES, ESQ.
LAW OFFICES OF RICHARD A. PIPES
Orlean Pacific Plaza, Suite 201
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-1222
Facsimile No.: (671) 646-2203

Attorneys for Plaintiff

**FILED**
DISTRICT COURT OF GUAM
SEP 16 2005 ηρ
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ANTHONY J. ADA,<br><br>    Plaintiff,<br><br>v.<br><br>SHELL GUAM, INC., et al.,<br><br>    Defendants.<br>_____<br>SHELL GUAM, INC.,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>ANTHONY J. ADA,<br><br>    Counterclaim Defendant.<br>_____ | CIVIL CASE NO. CV00-00012<br><br><br><br><br><br><br><br>**ERRATA** |

    Attached hereto are corrected pages iii and iv to the Memorandum of Points and Authorities in Opposition to Shell Motion for Summary Judgment filed herein on September 15, 2005. Please

Anthony J. Ada v. Shell Guam, Inc., et al.
Civil Case No. CV00-00012
Errata
Page 2 of 2 pages

insert these pages in place of those found in the original filing. Counsel for Plaintiff apologizes for any inconvenience to the Court and the parties.

Dated this 16th day of September, 2005.

                          LAW OFFICES OF RICHARD A. PIPES
                          Attorneys for Plaintiff

By: _____
      RICHARD A. PIPES

RAP/nsh

# TABLE OF AUTHORITIES

**STATUTES AND RULES:**

*5 G.C.A. §32101, et seq.* ............................................................................................................ *19*

*5 G.C.A. §32102(d)* .................................................................................................................... *21*

*5 G.C.A. §32102(a)* .................................................................................................................... *19*

*5 G.C.A. §32102(d)* ............................................................................................................... *19, 22*

*5 G.C.A. §32108(a)* .................................................................................................................... *19*

*5 G.C.A. §32110(a)* .................................................................................................................... *19*

*5 G.C.A. §32121* ........................................................................................................................ *19*

*5 G.C.A. §32201* ........................................................................................................................ *19*

*5 G.C.A. §32201(12)* .................................................................................................................. *19*

*15 U.S.C. §§2801 et seq.* ................................................................................................ *3-21, 23, 24*

*18 G.C.A. §87104* ........................................................................................................................ *9*

*18 G.C.A. §87105* ........................................................................................................................ *9*

*18 G.C.A. §87120* ........................................................................................................................ *9*

*28 U.S.C. §1447(c)* .................................................................................................................... *15*

*CA 9 Rule 36-3(b)* ...................................................................................................................... *13*

*Fed. R. Civ. P. 56(c)* ................................................................................................................ *1, 3*

# TABLE OF AUTHORITIES

**OTHER AUTHORITIES:**

*Moore's Fed. Prac. 3D §56.11[1][b]* ................................................................................................ 2

*Moore's Fed. Prac. 3D §134.22[3][c][i]* ........................................................................................... 2

*Restatement Second, Contracts §205* ............................................................................................ 17

*Witkin, Summary of Cal. Law. (9ᵗʰ ed.) Contracts §742(b)* ........................................................ 16

*Wright, Miller & Cooper, Fed. Prac. Proc.:Jurisdiction and Related Matters 3d §3739* ...................... 15