FILED
DISTRICT COURT OF GUAM
SEP 21 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

ANTHONY J. ADA,

    Plaintiff,

vs.

SHELL GUAM, INC.,

    Defendant.

Civil Case No. 00-00012

ORDER

Currently there are three motions scheduled for hearing on October 3, 2005 at 9:30 a.m. However, there is presently a criminal trial scheduled for that same time. Therefore, the Court reschedules the hearing on the motions to September 30, 2005 at 10:30 a.m. before the Honorable Lloyd D. George.*

SO ORDERED this 21st day of September, 2005.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge

---

*The Honorable Lloyd D. George, United States Senior District Judge for District of Nevada, sitting by designation.

ORIGINAL