CIVILLE & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511

*Attorneys for Shell Guam, Inc.*



**FILED**
DISTRICT COURT OF GUAM

SEP 22 2005 ᵧₚ

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ANTHONY J. ADA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SHELL GUAM, INC., )<br>)<br>Defendant. )<br>───────────────────── )<br>)<br>SHELL GUAM, INC., )<br>)<br>Counterclaim )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANTHONY J. ADA, )<br>Counterclaim )<br>Defendant. ) | CASE NO. CV00-00012<br><br><br><br><br><br><br><br><br>**SUPPLEMENTARY DECLARATION**<br>**OF PHILIP STALKER IN SUPPORT**<br>**OF SHELL'S MOTION FOR**<br>**SUMMARY JUDGMENT** |

I, **PHILIP W. STALKER**, state as follows:

1.    I make this declaration based upon my personal knowledge of the facts stated herein.

2.    I am the President and Finance Director of Shell Guam, Inc. ("Shell").

3.    This declaration is based upon my personal knowledge or information I learned from a review of Shell documents kept and maintained in the regular course of Shell's business.

4.    Under the contract with Shell, Ada is not required to accept check payments or to extend credit for the sale of fuel. Ada is a consignee of Shell's fuel, and like any other consignee,

ORIGINAL

he is responsible for losses attributable to his conduct in not being careful with the product consigned to him. This includes responsibility for "drive aways," which is when a customer drives off without paying for the fuel.

5.     Ada accepts payments for fuel under the Shell card program. Ada has virtually no responsibility over any losses attributable to Shell card payments. As long as Ada complies with the rules of the Shell Card program, he has no risk at all.

6.     Ada participates in Shell's "Lucky 7" program. Participation in the program is completely voluntary. The program is specifically designed and intended to improve customer loyalty and benefit the C-Store sales.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of September, 2005.

By:_____

**PHILIP W. STALKER**