CIVILLE & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511

*Attorneys for Shell Guam, Inc.*



FILED
DISTRICT COURT OF GUAM
SEP 22 2005 *9p*
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ANTHONY J. ADA,<br><br>      Plaintiff,<br><br>vs.<br><br>SHELL GUAM, INC.,<br><br>      Defendant.<br>_____<br>SHELL GUAM, INC.,<br><br>      Counterclaim<br>      Plaintiff,<br><br>vs.<br><br>ANTHONY J. ADA,<br>      Counterclaim<br>      Defendant. | CASE NO. CV00-00012<br><br><br><br><br><br><br><br>**DECLARATION OF TRAYLOR T. MERCER IN SUPPORT OF SHELL GUAM, INC.'S MOTION FOR SUMMARY JUDGMENT** |

I, **TRAYLOR T. MERCER**, state as follows:

1. I am one of the attorneys representing Shell Guam, Inc. ("Shell") in this lawsuit. This declaration is based upon matters within my own knowledge, and if called upon to testify, I will testify as set forth herein.

2. Attached hereto are true and correct copies of the following exhibits in support of the Motion For Summary Judgment:

ORIGINAL

Exhibit A: Pages 26 and 106 of the Deposition Transcript of Anthony Ada taken on July 18, 2005

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of September, 2005.

By: *Traylor T. Mercer* (signature)
TRAYLOR T. MERCER

# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

ANTHONY J. ADA,               )   Case No. CV00-00012
                              )
                 Plaintiff,   )
                              )
         vs.                  )
                              )
SHELL GUAM, INC., et al.,     )
                              )
                 Defendant.   )

**DEPOSITION OF ANTHONY J. ADA**

Taken on Behalf of the Defendant

BE IT REMEMBERED That, pursuant to the Federal Rules of Civil Procedure, the deposition of **ANTHONY J. ADA** was taken before Cecille A. Flores, a Certified Shorthand Reporter, on Monday, the 18th day of July 2005, at 9:00 a.m. in the offices of Civille & Tang, Suite 200, 330 Hernan Cortez Avenue, Hagatna, Guam.

1    A    Up until September.

2    Q    That's when it went to 21 cents per gallon?

3    A    Yes.

4    Q    When it went up to 21 cents per gallon, that was the
5 only agreement you had for compensation for fuel sales until
6 you went to the reimbursement?

7    A    It stayed that way, yes.

8    Q    It stayed at 21 cents for both stations?

9    A    (Witness nodded head.)

10   Q    Until it went to the reimbursement plus management
11 fee model?

12   A    Yes.

13   Q    Has it been at the reimbursement plus management fee
14 model ever since?

15   A    Yes.

16   Q    Ever since it changed to the reimbursement model and
17 management fee; is that correct?

18   A    (Witness nodded head.)

19   Q    Am I correct there was never an agreement by Shell
20 to pay you more than 21 cents per gallon when your commission
21 was based on sales per gallon?  I'm sorry, a commission per
22 gallon sold?

23   A    A written agreement, no.

24   Q    Did you ever have an oral agreement that you would
25 be paid more than 21 cents a gallon?

```
 1  mean?
 2      A    I guess Shell would take a look and see how much I
 3  made for the year and -- and adjust for the financial goals
 4  that we had discussed, I guess.
 5      Q    Do you recall talking to anyone at Shell about that?
 6      A    No.
 7      Q    Do you recall, was this lump sum paid to you because
 8  in '94 you had not met the financial goals that you and Shell
 9  had set?
10      A    I believe it was along those lines.
11      Q    So they were trying to help you out?
12      A    (Witness nodded head.)  Based on what we had talked
13  about.  I guess on the business plan.
14      Q    Do you recall Shell ever saying anything that that
15  lump sum payment was in any manner linked to the price of
16  gasoline?
17      A    No.
18      Q    I'm handing you what's been marked as Exhibit D44.
19                         (Exhibit D44 marked.)
20           It's also been an exhibit in depositions that your
21  attorney took.  This is a letter of reference for you signed
22  by Darrel Dela Paz; is that correct?
23      A    Yes.
24      Q    Dated January 14, 2000.  This was about a month or
25  three weeks before you filed your complaint against Shell; is
```

# REPORTER'S CERTIFICATE

I, Cecille A. Flores, a Certified Shorthand Reporter, hereby certify that **ANTHONY J. ADA** personally appeared before me at the time and place set forth in the caption hereof; that at said time and place I reported in stenotypy all testimony adduced and other oral proceedings had in the foregoing matter; that thereafter my notes were reduced to typewriting under my direction; and the foregoing transcript, pages 1 to 186, both inclusive, constitutes a fuel, true, and correct record of such testimony adduced and oral proceedings had and of the whole thereof.

Witness my hand at Barrigada, Guam this 15th day of August 2005.

_____
Cecille A. Flores
Certified Shorthand Reporter
CSR No. FL-OR-EC-A197NA