# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Anthony J. Ada,<br><br>        Plaintiff,<br><br>vs.<br><br>Shell Guam, Inc.,<br><br>        Defendant. | Case No. 1:00-cv-00012<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Setting Hearing on Motions: Motion for Summary Judgment filed by Shell Guam, Inc., Sealed Motion filed by Shell Guam, Inc., and Motion for Summary Judgment filed by Anthony J. Ada filed September 21, 2005* on the dates indicated below:

| *Bronze and Tang* | *Law Offices of Richard A. Pipes* | *Civille and Tang* |
|---|---|---|
| *9/22/2005* | *9/22/2005* | *9/23/2005* |

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Order Setting Hearing on Motions: Motion for Summary Judgment filed by Shell Guam, Inc., Sealed Motion filed by Shell Guam, Inc., and Motion for Summary Judgment filed by Anthony J. Ada filed September 21, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 23, 2005                  /s/ Shirlene A. Ishizu
                                                                          Deputy Clerk