**CIVILLE & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511

*Attorneys for Shell Guam, Inc.*



**FILED**
DISTRICT COURT OF GUAM
SEP 27 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ANTHONY J. ADA, ) | CASE NO. CV00-00012 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SHELL GUAM, INC., ) | **OBJECTION TO ADA'S REPLY BRIEF** |
| ) | |
| Defendant. ) | |
| ————————————————) | |
| ) | |
| SHELL GUAM, INC., ) | |
| ) | |
| Counterclaim ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ANTHONY J. ADA, ) | |
| Counterclaim ) | |
| Defendant. ) | |
| ————————————————) | |

Defendant Shell Guam, Inc. objects to the Reply Memorandum filed by Plaintiff in support

of Plaintiff's Motion for Summary Judgment. Ada's Reply Memorandum was 23 pages in length.

LR 7.1(g) limits reply memoranda to 10 pages unless leave of court is obtained to file a longer

memorandum. Plaintiff did not obtain leave of court to exceed the page limits on his Reply

Memorandum.

**ORIGINAL**

Normally Shell would not object to this infraction of the rules, but this is the second time that Ada has exceeded the page limitations for briefs. Ada's opposition to Shell's Motion for Summary Judgment was 25 pages in length, despite the 20-page limitation set forth in LR 7.1(g). By filing a memorandum which exceeds the page limitations by 13 pages, Ada has unfairly been permitted to expand his arguments to the Court, and has increased the burden on Shell and the Court in preparing the three pending motions for hearing.

Shell believes that the appropriate remedy is to request that the Court either disregard the pages of Ada's Reply Memorandum beyond page 10, or that Ada be required to file a reply memorandum which confirms to LR 7.1(g).

Respectfully submitted this 27th day of September, 2005.

CIVILLE & TANG, PLLC

By   G. PATRICK CIVILLE
*Attorneys for Shell Guam, Inc.*