# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

### CIVIL MINUTES - GENERAL



**FILED**
DISTRICT COURT OF GUAM
OCT - 3 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CV-00-00012**      **DATE: September 30, 2005**

**CAPTION:** ANTHONY J. ADA -vs- SHELL GUAM, INC.

*************************************************************************************

**HON. LLOYD D. GEORGE, Designated Judge**    Law Clerk: None Present
Court Reporter: Wanda Miles                  Courtroom Deputy: Leilani Toves Hernandez
**Hearing Electronically Recorded: 10:35:08 - 12:16:10**    CSO: B. Benavente

******************************** A P P E A R A N C E S ********************************

**COUNSEL FOR PLAINTIFF(s):**              **COUNSEL FOR DEFENDANT(s):**

RICHARD PIPES                              G. PATRICK CIVILLE

ANTHONY J. ADA - Plaintiff                 J. TANG

*************************************************************************************

**PROCEEDINGS:**

- PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
- DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

( X ) MOTION (S) ARGUED BY    ( X ) PLAINTIFF    ( X ) DEFENDANT

( X ) MOTION(s)  ___Granted  ___Denied  ___Settled  ___Withdrawn  _X_ Under Advisement

( ) ORDER SUBMITTED  ___Approved  ___Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

**The Court took the Motions under advisement and stated that it will issue an order in ten days.**

Courtroom Deputy: _____