GUD NT ENT (8/05)

# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**
**671-473-9100**

Anthony J. Ada,

    Plaintiff,

vs.

Shell Guam, Inc.,

    Defendant.

Case No. 1:00-cv-00012

# NOTICE OF ENTRY OF ORDER

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

*Order denying Anthony J. Ada's Motion for Summary Judgment, granting in part and denying in part Shell Guam, Inc.'s Motion for Summary Judgment, and granting Plaintiff's Application for Leave to Exceed Pages Limit filed October 6, 2005*
    *Date of Entry: October 7, 2005*

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** October 11, 2005                            Clerk of Court
                                                                                                  **/s/ Mary L.M. Moran**