# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| Anthony J. Ada,<br><br>        Plaintiff,<br><br>vs.<br><br>Shell Guam, Inc., et al.,<br><br>        Defendant. | Case No. 1:00-cv-00012<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Entry of Order signed October 11, 2005,* on the dates indicated below:

| | | |
|---|---|---|
| *Bronze and Tang* | *Richard Pipes* | *Civille and Tang* |
| *October 12, 2005* | *October 12, 2005* | *October 12, 2005* |

I, Rosita P. San Nicolas, declare under the penalty of perjury that on the above listed date(s) the:

**Notice of Entry of Order signed October 11, 2005**

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 12, 2005                                    /s/ Rosita P. San Nicolas
                                                                                             Chief Deputy Clerk