CIVILLE & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511

*Attorneys for Shell Guam, Inc.*



FILED
DISTRICT COURT OF GUAM
OCT 14 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| ANTHONY J. ADA, | CASE NO. CV00-00012 |
| Plaintiff, | |
| vs. | |
| SHELL GUAM, INC., | **STIPULATION CONTINUING PRELIMINARY PRE-TRIAL CONFERENCE** |
| Defendant. | |
| SHELL GUAM, INC., | |
| Counterclaim Plaintiff, | |
| vs. | |
| ANTHONY J. ADA, | |
| Counterclaim Defendant. | |

The parties hereby stipulate that the Preliminary Pretrial Conference herein, currently scheduled for Monday, October 17, 2005 shall be continued to Tuesday, October 18, 2005 at 9:15 a.m. The basis for this continuance is that counsel for the defendant has a hearing in another

///

///

matter in the District Court for the CNMI on October 17, and will be off island until the evening of the 17th.

SO STIPULATED.

CIVILLE & TANG, PLLC

Date: October 14, 2005

By: _____
G. PATRICK CIVILLE
*Attorneys for Defendant*


LAW OFFICES OF RICHARD A. PIPES

Date: October 14, 2005

By: _____
RICHARD A. PIPES
*Attorney for Plaintiff*