**CIVILLE & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511

*Attorneys for Shell Guam, Inc.*



**FILED**
DISTRICT COURT OF GUAM
OCT 17 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| ANTHONY J. ADA, <br><br> Plaintiff, <br><br> vs. <br><br> SHELL GUAM, INC., <br><br> Defendant. <br><br>——————————————— <br> SHELL GUAM, INC., <br><br> Counterclaim Plaintiff, <br><br> vs. <br><br> ANTHONY J. ADA, <br> Counterclaim Defendant. | CASE NO. CV00-00012 <br><br><br><br><br><br> **ORDER CONTINUING PRELIMINARY PRE-TRIAL CONFERENCE** |

For good cause shown,

IT IS HEREBY ORDERED that the Preliminary Pretrial Conference herein, currently scheduled for Monday, October 17, 2005, shall be continued to Tuesday, October 18, 2005 at 9:15 a.m.

DATE: *October 17, 2005*

JOAQUIN V.E. MANIBUSAN, JR.
**Magistrate Judge**

RECEIVED
OCT 14 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL