DISTRICT COURT OF GUAM
TERRITORY OF GUAM

CIVIL MINUTES - GENERAL



DISTRICT COURT OF GUAM
OCT 18 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CV-00-00012          DATE: 10/18/2005

CAPTION: ANTHONY J. ADA -vs- SHELL GUAM, INC.

***********************************************************************************

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 9:35:20 - 9:43:18

Law Clerk: Judith Hattori
Courtroom Deputy: Virginia T. Kilgore
CSO: N. Edrosa

*************************** A P P E A R A N C E S ***************************

COUNSEL FOR PLAINTIFF(s):

RICHARD PIPES

ANTHONY J. ADA - Plaintiff

COUNSEL FOR DEFENDANT(s):

G. PATRICK CIVILLE

***********************************************************************************

PROCEEDINGS:   PRELIMINARY PRETRIAL CONFERENCE

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT

( ) MOTION(s)   ___Granted   ___Denied   ___Settled   ___Withdrawn   ___Under Advisement

( ) ORDER SUBMITTED   ___Approved   ___Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES:

The Court informed the parties that Judge Jones has a trial in another matter set for November 8, 2005, and therefore the trial set in this matter will be vacated. The Court further informed the parties that the earliest date is January.

The parties agreed to a settlement conference to be held on October 28, 2005 at 10:30 a.m. to be presided over by Judge William Alsup. The Court stated that in the event a settlement cannot be reached a January trial date will be set by the Court. The Court stated that a written order will be issued.

Courtroom Deputy: _____