# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Anthony J. Ada, | Case No. 1:00-cv-00012 |
| Plaintiff, | |
| vs. | |
| Shell Guam, Inc., et al., | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the ***Order filed October 18, 2005***, on the dates indicated below:

| *Civille & Tang, PLLC* | *Bronze & Tang, P.C.* | *Richard A. Pipes* |
|---|---|---|
| *October 19, 2005* | *October 19, 2005* | *October 19, 2005* |

I, Rosita P. San Nicolas, declare under the penalty of perjury that on the above listed date(s) the:

***Order filed October 18, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 19, 2005           /s/ Rosita P. San Nicolas
                                 Chief Deputy Clerk