LAW OFFICES OF BRONZE & TANG, P.C.
Suite 107-C, 138 East Marine Corps Drive
Hagatna, Guam 96910
Telephone No.: (671) 477-2392
Facsimile No.: (671) 477-2394

RICHARD A. PIPES, ESQ.
LAW OFFICES OF RICHARD A. PIPES
Orlean Pacific Plaza, Suite 201
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-1222
Facsimile No.: (671) 646-2203

Attorneys for Plaintiff

**FILED**
DISTRICT COURT OF GUAM
OCT 21 2005
MARY L.M. MORAN
CLERK OF COURT

### IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ANTHONY J. ADA, ) | CIVIL CASE NO. CV00-00012 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SHELL GUAM, INC., et al., ) | |
| ) | |
| Defendants. ) | **MOTION TO RECONSIDER** |
| _____) | **ORDER GRANTING PARTIAL** |
| ) | **SUMMARY JUDGMENT TO** |
| SHELL GUAM, INC., ) | **DEFENDANT SHELL GUAM, INC.** |
| ) | |
| Counterclaim ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ANTHONY J. ADA, ) | |
| ) | |
| Counterclaim ) | |
| Defendant. ) | |
| _____) | |

ORIGINAL

Ada v. Shell Guam, Inc., et al.
Civil Case No. 00-00012
Motion to Reconsider Order Granting Partial Summary Judgment to Defendant Shell Guam, Inc.
Page 2 of 2 pages

TO:     DEFENDANT SHELL GUAM, INC., and its attorneys, Civille & Tang, PLLC

You are hereby advised that as soon as the matter can be heard at the District Court of

Guam, 520 W. Soledad Avenue, 4th Floor, Hagåtña, Guam 96910, Plaintiff Anthony J. Ada

("Ada") will move the Court to reconsider its Order filed October 6, 2005, granting partial

summary judgment to Defendant Shell Guam, Inc. ("Shell"), as more fully explained in the

Memorandum of Points and Authorities contemporaneously filed herein.

The motion will be based upon this Motion, the Memorandum of Points and Authorities

filed herein, the papers, records, and files in this action, and upon such oral and documentary

evidence as may be presented at the hearing of the Motion.

Dated this _21st_ day of October, 2005.


LAW OFFICES OF RICHARD A. PIPES
Attorneys for Plaintiff

By: _____
RICHARD A. PIPES

RAP/nsh