LAW OFFICES OF BRONZE & TANG, P.C.
Suite 107-C, 138 East Marine Corps Drive
Hagatna, Guam 96910
Telephone No.: (671) 477-2392
Facsimile No.: (671) 477-2394

RICHARD A. PIPES, ESQ.
LAW OFFICES OF RICHARD A. PIPES
Orlean Pacific Plaza, Suite 201
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-1222
Facsimile No.: (671) 646-2203

Attorneys for Plaintiff

**FILED**
DISTRICT COURT OF GUAM
OCT 21 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ANTHONY J. ADA,<br><br>           Plaintiff,<br><br>v.<br><br>SHELL GUAM, INC., et al.,<br><br>           Defendants.<br><br>SHELL GUAM, INC.,<br><br>           Counterclaim Plaintiff,<br><br>v.<br><br>ANTHONY J. ADA,<br><br>           Counterclaim Defendant. | CIVIL CASE NO. CV00-00012<br><br><br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

**ORIGINAL**

Anthony J. Ada v. Shell Guam, Inc., et al.
Civil Case No. CV00-00012
Certificate of Service
Page 2 of 4 pages

I, RICHARD A. PIPES, hereby certify that on the dates indicated below, I caused copies of the following documents to be served on Civille & Tang, PLLC, Suite 200, 330 Hernan Cortez Avenue, Hagåtña, Guam 96910, counsel for Defendant Shell Guam, Inc. in the above-captioned matter:

1. Memorandum of Points and Authorities in Support of Motion for Summary Judgment - September 1, 2005;

2. Motion for Summary Judgment - September 1, 2005;

3. Declaration of Anthony J. Ada in support of Motion for Summary Judgment - September 1, 2005;

4. Declaration of Richard A. Pipes in support of Motion for Summary Judgment - September 1, 2005;

5. Proposed Order Granting Plaintiff's Motion for Summary Judgment - September 2, 2005;

6. Memorandum of Points and Authorities in Opposition to Motion to Modify Preliminary Injunction - September 9, 2005;

7. Declaration of Roger D. Slater in Opposition to Motion to Modify Preliminary Injunction - September 9, 2005;

8. Declaration of Richard A. Pipes in Opposition to Motion to Modify Preliminary Injunction - September 9, 2005;

9. Declaration of Anthony J. Ada in Opposition to Motion to Modify Preliminary

Anthony J. Ada v. Shell Guam, Inc., et al.
Civil Case No. CV00-00012
Certificate of Service
Page 3 of 4 pages

Injunction - September 9, 2005;

10. Declaration of Angela A. Corpuz in Opposition to Motion to Modify Preliminary Injunction - September 9, 2005;

11. Declaration of Patricia A. Pablo in Opposition to Motion to Modify Preliminary Injunction - September 9, 2005;

12. Memorandum of Points and Authorities in Opposition to Shell Motion for Summary Judgment - September 15, 2005;

13. Declaration of Anthony J. Ada in Opposition to Shell Motion for Summary Judgment - September 15, 2005;

14. Declaration of Richard A. Pipes in Opposition to Shell Motion for Summary Judgment - September 15, 2005;

15. Reply Memorandum of Points and Authorities in Support of Plaintiff's Motion for Summary Judgment - September 22, 2005;

16. Declaration of Richard A. Pipes in Support of Plaintiff's Motion for Summary Judgment - September 22, 2005;

17. Declaration of Anthony J. Ada in Support of Motion for Summary Judgment - September 22, 2005;

18. Declaration of William J. Blair in support of Motion for Summary Judgment - September 22, 2005;

19. Application for Leave to Exceed Page Limit - September 28, 2005;

Anthony J. Ada v. Shell Guam, Inc., et al.
Civil Case No. CV00-00012
Certificate of Service
Page 4 of 4 pages

20. Declaration of Richard A. Pipes in Support of Application for Leave to Exceed Page Limit - September 28, 2005;

21. Proposed Order Granting Leave to Exceed Page Limit - September 28, 2005;

22. Declaration of Richard A. Pipes in Opposition to Shell's Motion for Summary Judgment - September 29, 2005;

23. Declaration of Anthony J. Ada in Opposition to Shell's Motion for Summary Judgment - September 29, 2005;

24. Trial Brief of Anthony J. Ada - October 7, 2005;

25. Memorandum of Points and Authorities in Support of Motion to Reconsider Order Granting Partial Summary Judgment to Shell Guam, Inc. - October 21, 2005;

26. Motion to Reconsider Order Granting Partial Summary Judgment to Shell Guam, Inc. - October 21, 2005; and

27. Proposed Order Granting Motion to Reconsider Order Granting Partial Summary Judgment to Shell Guam, Inc. - October 21, 2005.

Dated this 21st day of October, 2005.

                                                  LAW OFFICES OF RICHARD A. PIPES
                                                  Attorneys for Plaintiff Anthony J. Ada

                              By: _____
                                    Richard A. Pipes

RAP/nsh