LAW OFFICES OF BRONZE & TANG, P.C.
Suite 107-C, 138 East Marine Corps Drive
Hagatna, Guam 96910
Telephone No.: (671) 477-2392
Facsimile No.: (671) 477-2394

RICHARD A. PIPES, ESQ.
LAW OFFICES OF RICHARD A. PIPES
Orlean Pacific Plaza, Suite 201
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-1222
Facsimile No.: (671) 646-2203

Attorneys for Plaintiff



**FILED**
DISTRICT COURT OF GUAM

NOV - 4 2005 *9f*

**MARY L.M. MORAN**
**CLERK OF COURT**

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ANTHONY J. ADA, ) | CIVIL CASE NO. CV00-00012 |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION FOR DISMISSAL** |
| v. ) | **[Fed. R. Civ. P. 41(a)(1(ii)]** |
| ) | |
| SHELL GUAM, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| ) | |
| SHELL GUAM, INC., ) | |
| ) | |
| Counterclaim ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ANTHONY J. ADA, ) | |
| ) | |
| Counterclaim ) | |
| Defendant. ) | |
| _____) | |

**ORIGINAL**

The parties, through the signatures of their counsel on this Stipulation, stipulate to dismiss this action with prejudice according to the terms of a settlement, which the parties have agreed shall remain confidential.

Dated this ___3___ day of November, 2005.

LAW OFFICES OF RICHARD A. PIPES
Attorneys for Plaintiff/Counterclaim Defendant

By: _____
RICHARD A. PIPES

CIVILLE & TANG, LLC
Attorneys for Defendant/Counterclaim Plaintiff

By: _____
G. PATRICK CIVILLE

RAP/nsh