LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

RICHARD A. PIPES, ESQ.
LAW OFFICES OF RICHARD A. PIPES
Orlean Pacific Plaza, Suite 201
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-1222
Facsimile No.: (671) 646-2203

Attorneys for Plaintiff

FILED
DISTRICT COURT OF GUAM
NOV - 7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ANTHONY J. ADA,<br><br>          Plaintiff,<br><br>    v.<br><br>SHELL GUAM, INC., et al.,<br><br>          Defendants.<br><br>SHELL GUAM, INC.,<br><br>          Counterclaim Plaintiff,<br><br>    v.<br><br>ANTHONY J. ADA,<br><br>          Counterclaim Defendant. | CIVIL CASE NO. CV00-00012<br><br>**ORDER** |

The Court has reviewed the Stipulation for Dismissal signed by counsel for the parties. Good

ORIGINAL

cause appearing,

**IT IS HEREBY ORDERED** that:

1. This action is dismissed with prejudice;

2. The Court retains jurisdiction of this matter for the purposes of taking any action needed to enforce the terms of the settlement agreed upon by the parties and made a part of the record herein, which shall remain confidential unless enforcement becomes necessary by either party; and

3. Each party is to bear their own costs and attorney's fees, as provided for in the settlement.

**SO ORDERED** this 7 day of November, 2005.

~~Judge, District Court of Guam~~
ROBERT CLIVE JONES
United States District Judge

RECEIVED
NOV - 4 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM