LAW OFFICES OF BRONZE & TANG, P.C.
Suite 107-C, 138 East Marine Corps Drive
Hagatna, Guam 96910
Telephone No.: (671) 477-2392
Facsimile No.: (671) 477-2394

RICHARD A. PIPES, ESQ.
LAW OFFICES OF RICHARD A. PIPES
Orlean Pacific Plaza, Suite 201
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-1222
Facsimile No.: (671) 646-2203

Attorneys for Plaintiff



FILED
DISTRICT COURT OF GUAM
NOV - 8 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ANTHONY J. ADA,<br><br>        Plaintiff,<br><br>    v.<br><br>SHELL GUAM, INC., et al.,<br><br>        Defendants.<br><br>SHELL GUAM, INC.,<br><br>        Counterclaim<br>        Plaintiff,<br><br>    v.<br><br>ANTHONY J. ADA,<br><br>        Counterclaim<br>        Defendant. | CIVIL CASE NO. CV00-00012<br><br>**STIPULATION FOR DISMISSAL OF DOE DEFENDANTS I-XX**<br>[Fed. R. Civ. P. 41(a)(1)(ii)] |

ORIGINAL

The parties, through the signatures of their counsel on this Stipulation, stipulate to dismiss this action with respect to Doe Defendants I through XX, inclusive, as named in the Second Amended Complaint filed May 10, 2002, herein.

Dated this 7th day of November, 2005.

LAW OFFICES OF RICHARD A. PIPES
Attorneys for Plaintiff/Counterclaim Defendant

By: _____
RICHARD A. PIPES

CIVILLE & TANG, LLC
Attorneys for Defendant/Counterclaim Plaintiff

By: _____
G. PATRICK CIVILLE

RAP/nsh