**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

| | | |
|---|---|---|
| Anthony J. Ada, | ) | Civil Case No. 1:00-cv-00012 |
|            Plaintiff, | ) | |
| vs. | ) | |
| Shell Guam, Inc., et al., | ) | |
|            Defendants. | ) | |
| Shell Guam, Inc., | ) | |
|            Counterclaim Plaintiff, | ) | |
| vs. | ) | |
| Anthony J. Ada, | ) | **J U D G M E N T** |
|            Counterclaim Defendant. | ) | |

*Judgment is hereby entered in accordance with the following:*

    *1.    Order filed November 7, 2005*
    *2.    Stipulation for Dismissal of DOE Defendants I-XX [Fed. R. Civ. P. 41(a)(1)(ii).*

Dated the 21st of November, 2005, Hagatna, Guam.

                                                      **/s/ Mary L.M. Moran**
                                                          Clerk of Court