DISTRICT COURT OF GUAM

4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatña, Guam 96910
671-473-9100

| | |
|---|---|
| Anthony J. Ada, ) | Civil Case No. 1:00-cv-00012 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Shell Guam, Inc., et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| ) | |
| Shell Guam, Inc., ) | |
| ) | |
| Counterclaim ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Anthony J. Ada, ) | |
| ) | |
| Counterclaim ) | |
| Defendant. ) | |
| _____) | |

# NOTICE OF ENTRY

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following:

*Judgment filed November 21, 2005*
*Date of Entry: November 21, 2005*

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page:
**www.gud.uscourts.gov**

**Date**: November 21, 2005                                    Clerk of Court
                                                               **/s/ Mary L.M. Moran**