# DISTRICT COURT OF GUAM

4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatña, Guam 96910
671-473-9100

| | |
|---|---|
| Anthony J. Ada,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Shell Guam, Inc., et al.,<br><br>　　　　　Defendants.<br>_____<br>Shell Guam, Inc.,<br><br>　　　　　Counterclaim<br>　　　　　Plaintiff,<br><br>　vs.<br><br>Anthony J. Ada,<br><br>　　　　　Counterclaim<br>　　　　　Defendant. | Civil Case No. 1:00-cv-00012<br><br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment and Notice of Entry filed November 21, 2005* on the dates indicated below:

| Bronze & Tang, P.C. | Richard A. Pipes | Civille & Tang, PLLC |
|---|---|---|
| *November 22, 2005* | *November 22, 2005* | *November 22, 2005* |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Judgment and Notice of Entry filed November 21, 2005

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date:　November 22, 2005　　　　　　　　　　/s/ Virginia T. Kilgore
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk